# UNITED STATES DISTRICT COURT

for the

District of Alaska

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| | ) | |
| SUBJECT SERVERS AS FURTHER DESCRIBED IN ATTACHMENT A-3 | ) ) ) | Case No. 3:26-mj- 00252- KFR |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A

located in the _____ District of  Alaska _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;

☒ contraband, fruits of crime, or other items illegally possessed;

☒ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1956(a)(2) | International Money Laundering |
| 18 U.S.C. § 1030(a)(5)(A) | Computer Fraud and Abuse |

The application is based on these facts:

☒  See attached affidavit.

☐  Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's  signature*

Special Agent Elliott Peterson, DCIS
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

Telephonically sworn to, and electronically signed. *(specify reliable electronic means).*

Date:  April 14, 2026 _____

_____
*Judge's signature*

City and state:  Anchorage, Alaska _____   Hon. Matthew M. Scoble, U.S. Magistrate Judge

Kyle F. Reardon, U.S. Magistrate Judge
*Printed name and title*