In the Matter of the Search of

SUBJECT SERVERS AS FURTHER
DESCRIBED IN ATTACHMENT A-3

Case No. 3:26-mj- 00252 - KFR

## ATTACHMENT B

### Particular Things to be Seized

**I.      Information to be disclosed by Vercel Inc.**

To the extent that the information (domains and IP addresses) described in Attachment A-3 is within the possession, custody, or control of Vercel Inc., regardless of whether such information is located within or outside of the United States, and including any messages, records, files, logs, or information that have been deleted but are still available to Vercel Inc., or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Vercel Inc. is required to disclose the following information to the government for each account or identifier listed in Attachment A:

a.      all records or other information pertaining to that account or identifier, including all files, databases, and database records stored by Vercel Inc. in relation to that account or identifier;

b.      all information in the possession of Vercel Inc. that might identify the subscribers related to those accounts or identifiers, including names, addresses, telephone numbers and other identifiers, e-mail addresses, business information, the length of service

Apr 14, 2026

(including start date), means and source of payment for services (including any credit card or bank account number), and information about any domain name registration;

      c.     all records pertaining to the types of service utilized by the user,

      d.     all records pertaining to communications Vercel Inc. and any person regarding the account or identifier, including contacts with support services and records of actions taken.

The Provider is hereby ordered to disclose the above information to the government within **14 days** of issuance of this warrant.

## II.     Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence, and instrumentalities of violations of 18 U.S.C. § 1956(a)(2) (International Money Laundering) and 18 U.S.C. § 1030(a)(5)(A) (Computer Fraud and Abuse), occurring on or after January 1, 2025, enumerated in Attachment A-3, including:

1.     files, databases, and database records stored by Vercel Inc. on behalf of the subscriber or user operating the website, including:

     a. programming code used to serve or process requests made via web browsers;

     b. HTML, CSS, JavaScript, image files, or other files;

     c. HTTP request and error logs;

     d. SSH, FTP, or Telnet logs showing connections related to the website, and any other transactional information, including records of session times and durations, log files, dates and times of connecting, methods of connecting, and ports;

Apr 14, 2026

3:26-mj- 00252 - KFR          2

Case 3:26-mj-00252-KFR *SEALED* Document 1-3 Filed 04/14/26 Page 2 of 3

e.  MySQL, PostgreSQL, or other databases related to the website;

f.  Images of servers associated with the subscriber's account

2.  Subscriber information related to the accounts established to host the site enumerated in Attachment A, to include:

a.  Names, physical addresses, telephone numbers and other identifiers, email addresses, and business information;

b.  Length of service (including start date), types of service utilized, means and source of payment for services (including any credit card or back account number), and billing and payment information;

c.  If a domain name was registered on behalf of the subscriber, the date that the domain was registered, the domain name, the registrant information, administrative contact information, the technical contact information and billing contact used to register the domain and the method of payment tendered to secure and register the Internet domain name.

Apr 14, 2026

Case 3:26-mj-00252-KFR *SEALED* Document 1-3 Filed 04/14/26 Page 3 of 3